# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SELECT REHABILITATION, LLC,<br>*Plaintiff,*<br><br>v.<br><br>ERIK D. PAINTER, et al.,<br>*Defendants.* | Civil Number: **21-cv-270-RJD** |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 23, 2023, this case is DISMISSED with prejudice. Each party to bear their own costs.

**DATED: January 23, 2023**

**MONICA A. STUMP**
**CLERK OF COURT**

**By:** s/Jamie Melson
**Deputy Clerk**

**APPROVED:**

s/ Reona J. Daly
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**